IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01947-MSK-BNB

JOHN D. FERWEDA,

Plaintiff,

v.

WSE TRANSPORTATION, LLC, a Delaware limited liability corporation,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Modification to Scheduling Order** [docket no. 19, filed February 29, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the deadline for joinder of parties and amendment of pleadings is now to and including **April 27, 2012**.

DATED:  March 16, 2012